IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SUSAN KELLY, | § | |
| Plaintiff, | § § § | |
| v. | § § | C.A. No. 4:15-cv-00398-Y |
| LIFESECURE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

The parties, having announced to the Court that the matters in controversy have been settled, and in accordance with Fed. R. Civ. P 41(a)(1)(A)(ii), STIPULATE to a dismissal of the case, with prejudice, with all attorneys' fees and costs taxed against the party incurring same.

SO STIPULATED.

Respectfully submitted,

By: /s/ Mark S. Humphreys
Mark S. Humphreys
Texas Bar No. 00789762
texaslaw94@yahoo.com

**MARK S. HUMPHREYS, P.C.**
702 Dalworth Street
Grand Prairie, Texas 75050
Telephone: (972) 263-3722
Facsimile: (972) 237-1690

ATTORNEYS FOR PLAINTIFF

By: /s/ Andrew G. Jubinsky
Andrew G. Jubinsky
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Kristina A. Kiik
Texas State Bar No. 24074532
kristina.kiik@figdav.com

**FIGARI + DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANT