```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

SUSAN KELLY § 
 § 
VS. § CIVIL ACTION NO. 4:15-CV-398-Y
 § 
LIFESECURE INSURANCE COMPANY § 

## ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE

Before the Court is the parties' joint stipulation to dismiss Plaintiff's claims with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii)(doc. 17).

Based on the parties' representations, Plaintiff's claims are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

SIGNED March 3, 2016.

                                            *Terry R. Means*
                                            TERRY R. MEANS
                                            UNITED STATES DISTRICT JUDGE

TRM/ah