IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SUSAN KELLY | § | |
| | § | |
| VS. | § | CIVIL ACTION 4:15-CV-398-Y |
| | § | |
| LIFESECURE INSURANCE COMPANY | § | |

<u>FINAL JUDGMENT</u>

Pursuant to the parties' joint stipulation of dismissal and the Court's order of dismissal filed this day, Plaintiff's claims are DISMISSED WITH PREJUDICE.

Each party shall bear its own costs under 28 U.S.C. § 1920.

SIGNED March 3, 2016.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah